# NEXSEN|PRUET

**Mark C. Moore**
Member

December 3, 2018

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    *Re:*    *United States v. Evans, et al., 17 CR 684 (ER)*

Dear Judge Ramos:

I am writing on behalf of all defendants and requesting that the Court allow the defendants to file under seal the exhibits to their memorandums in support of: (1) their motion to suppress wiretap evidence; and (2) their motion to suppress evidence obtained from the search of certain cell phones. The majority of the exhibits that the defendants are seeking to file are wiretap pleadings which are currently filed under seal pursuant to orders issued by multiple judges of this Court.

Accordingly, given the fact that the exhibits themselves consist primarily of sealed pleadings, and because of the existence of certain protective orders issued in this case, the defendants request to file all exhibits under seal. Prior to filing this letter motion, the defendants sent a copy of their draft motion to the Government. As of the time of this writing, the Government has not yet had the opportunity to state its position.

On behalf of all of the parties, I would like to thank Your Honor in advance for your consideration of this joint request.

Respectfully submitted,

*MCM*
By: /s/
Mark C. Moore

MCM/saw

Charleston
Charlotte
**Columbia**
Greensboro
Greenville
Hilton Head
Myrtle Beach
Raleigh

1230 Main Street
Suite 700 (29201)
PO BOX 2426
Columbia, SC 29202
www.nexsenpruet.com

**T** 803.540.2146
**F** 803.727.1458
**E** MMoore@nexsenpruet.com
Nexsen Pruet, LLC
**Attorneys and Counselors at Law**