UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA

       - against -

ANTHONY BLAND,

                         Defendant.
---------------------------------------------------------x

**SCHEDULING NOTICE**

17 Cr. 684 (ER)

A status conference for the above-captioned case **is hereby scheduled for April 2, 2019 at 11:00 AM**, before the Hon. Edgardo Ramos, in Courtroom 619, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

_____
Edgardo Ramos, D.J.

Dated:    New York, New York
            January 2, 2019