LAW OFFICES OF

# JEFFREY LICHTMAN

11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
PAUL TOWNSEND

PH: (212) 581-1001
FX: (212) 581-4999

March 4, 2019

**VIA ECF**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Lamont Evans, et al., 17 CR 684 (ER)

Dear Judge Ramos:

I am writing on behalf of defendant Tony Bland to respectfully request a three-week adjournment of the defendant's April 2, 2019 sentencing. The reason for this request is that counsel has not yet received the defendant's presentence investigation report, and accordingly, its receipt will fall outside of the 35 day notice period set by Rule 32(e)(2). To be sure, Mr. Bland's presentence interview has already occurred, however, there has been a delay with regard to our receipt of certain statements concerning Mr. Bland's financial condition. The adjournment that we seek will permit us an opportunity to provide Probation with the required documents for inclusion in the report.

Thank you for your consideration on this application; I remain available for a conference should the Court deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc: Eli Mark, Esq.
Assistant United States Attorney (by ECF)

The sentencing is hereby adjourned to April 26, 2019, at 3:30 PM.

_____
Edgardo Ramos, U.S.D.J
Dated: 3/5/2019
New York, New York