

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 31, 2019

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  *United States v. Bland,*
         No. 17 Cr. 684 (ER)

Dear Judge Ramos:

    The Government writes in advance of the defendant's sentencing in the above-referenced matter to submit the attached letter received from the University of Southern California.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    ___/s/_____
    Eli J. Mark
    Assistant United States Attorney
    (212) 637-2431

cc:    Defense Counsel (by ECF)